UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERGEI BADEKA and TATYANA BADEKA,<br><br>               Plaintiffs,<br>   v.<br>NATIONAL CREDIT SYSTEMS, INC. and UDR, Inc.,<br><br>               Defendants. | Case No.: C-11-2558 PSG<br><br>**STANDBY ORDER TO SHOW CAUSE** |

The court has been advised that the parties have reached a settlement of all claims. Plaintiffs Sergei Badeka and Tatyana Badeka ("the Badekas") shall file a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) no later than September 28, 2011. If a dismissal of the action is not filed by that date, the Badekas shall appear on October 18, 2011 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: September 8, 2011

                                            PAUL S. GREWAL
                                            United States Magistrate Judge